■ PEOPLE v ANGEL MATEO, Defendant. [662 NYS2d 279] —Motion for change of venue denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Monroe County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature (*see, People v Scott,* 197 AD2d 936; *see generally, People v DiPiazza,* 24 NY2d 342). Present—Green, J. P., Lawton, Callahan, Doerr and Fallon, JJ.

■ PEOPLE v MICHAEL GRINNELL, Defendant. [662 NYS2d 278] —Motion for change of venue denied. Same Memorandum as in *People v Mateo* (239 AD2d 965 [decided herewith]). Present—Pine, J. P., Lawton, Balio, Boehm and Fallon, JJ.

■ PEOPLE, Respondent, v JOHN SCHIEMANN, Appellant. [662 NYS2d 280] —Judgment unanimously affirmed. Counsel's motion to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Burglary, 1st Degree.) Present—Denman, P. J., Green, Callahan, Boehm and Fallon, JJ.